IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

EQUITY LIVESTOCK SALES COOPERATIVE,

    Plaintiff,

v.

BUCKEY BUTCHER LLC and
TIMOTHY HASTINGS, individually,

    Defendants.

ORDER FOR DEFAULT JUDGMENT

25-cv-678-wmc

---

The defendants, Buckeye Butcher LLC and Timothy Hastings, having failed to appear, plead, or otherwise defend in this action, and default having been entered on December 22, 2025, counsel for plaintiff has now moved for default judgment against both defendants. Having filed a proper motion and declaration in accordance with Fed. R. Civ. P. 55(b), and defendants having again failed to appear at today's telephonic hearing, the court adopts all well pleaded facts in plaintiff's Amended Complaint (dkt. #12), and GRANTS default judgment in favor of plaintiff Equity Livestock Sales Cooperative against defendants Buckeye Butcher (as to Counts I & II) and Hastings (as to Count III) as follows:

### Count I – Breach of Contract
### (Against Buckeye Butcher LLC)

Judgment against defendant Buckeye Butcher LLC in the amount of $81,282.40, plus statutory interest of 5% per annum on that sum certain beginning on November 27, 2024, of $4,914.99 under Wis. Stat. § 138.04, for a total judgment as to Count I of $86,197.39.

### Counts II & III – Issuance of Worthless Check
### (Against Buckeye Butcher LLC and Tim Hastings)

Pursuant to Wis. Stat. § 895.446, judgment against defendants Buckeye Butcher LLC and Timothy Hastings as follows:

(a) actual damages in the amount of $81,282.40;

(b) exemplary damages in the amount of $162,564.80 (two times actual damages)

(c) attorney fees in the amount of $4,040.00.

Resulting in a total judgment as to Counts II & III of $247,887.20

Accordingly, the clerk of court is DIRECTED to enter final judgment against defendant Buckeye Butcher LLC in the amount of $334,084.59 and against defendant Timothy Hastings in the amount of $247,287.20.

Entered this 10th day of February, 2026.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge